LYDIA M. P. BALL, Appellant, *v.* SARAH WILLIAMS et al., Individually and as Administrators of WILLIAM LEWIS, Deceased, Respondents.

*Ball* v. *Williams,* 54 App. Div. 628, affirmed.
(Argued March 6, 1902; decided April 8, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 12, 1900, affirming a judgment in favor of defendants entered upon a verdict and an order denying a motion for a new trial.

*J. W. Rayhill* for appellant.

*William Kernan* and *A. M. Mills* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.

---

In the Matter of the Application of the BOSTON AND ALBANY RAILROAD COMPANY, Respondent, under Section 62 of the Railroad Law ; TOWN OF KINDERHOOK, Appellant.

*Matter of Boston & Albany R. R. Co.,* 64 App. Div. 257, affirmed.
(Argued March 24, 1902; decided April 8, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 18, 1901, which affirmed a decision of the board of railroad commissioners directing the closing of a grade crossing at Niverville in the town of Kinderhook.

*E. R. Harder* for appellant.

*A. B. Gardenier* for respondent.

Order affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, CULLEN and WERNER, JJ. Not sitting : HAIGHT, J.